## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 156 WAL 2018

         Respondent                   :

                                  :    Petition for Allowance of Appeal from
                                  :    the Order of the Superior Court

         v.                         :

                                  :

HAMEED CAHOON,                :

                                  :

         Petitioner               :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 15th day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.